| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 4:08CR16 |
| § | |
| RICHARD KEITH TAYLOR (1) § | |

## MEMORANDUM OPINION AND ORDER

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Magistrate Judge entered a report and recommendation finding that Defendant did violate his conditions of supervised release and recommending that his supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months imprisonment with 15 months of supervised release to follow. The Defendant objected to the report and recommendation of the Magistrate Judge and exercised his right to allocute before the District Judge. On July 11, 2018, the Defendant appeared with counsel, and the Court conducted a hearing. Following hearing, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Defendant violated his conditions of supervised release, and his supervised release is hereby revoked. Accordingly,

It is therefore **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of 21 months, with 15 months of supervised release to follow.

The Court finds that the original conditions of supervision should apply.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 16th day of July, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE