THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:08-CR-00016-SDJ-AGD |
| | § | |
| RICHARD KEITH TAYLOR (1) | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 16, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #128) that (1) allegations two through five in the petition for revocation of Defendant's supervised release (Dkt. #115) be dismissed; (2) Defendant's supervised release be revoked based on allegation one in that petition; (3) Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow; and (4) Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #128) and having heard argument at an allocution hearing (Minute Entry for Jan. 24, 2025), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant's supervised release is revoked and Defendant

is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow; and the Court hereby recommends that Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 4th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE